## J. F. COLBURN *v.* C. W. SPITZ.

EXCEPTIONS FROM CIRCUIT COURT, FIRST CIRCUIT.

SUBMITTED JUNE 30, 1897.                    DECIDED JULY 20, 1897.

FREAR AND WHITING, JJ., AND S. M. BALLOU, ESQ., OF THE BAR,
IN PLACE OF JUDD, C.J., ABSENT.

The defense of failure of consideration need not be specially pleaded
under our statutes.

Particular acts of misconduct cannot be shown for the purpose of im-
peaching the general credibility of a witness.

OPINION OF THE COURT BY FREAR, J.

This is an action of assumpsit on two promissory notes, each
for $68.85. The case comes here on plaintiff's exceptions from
the Circuit Court where it was tried before a jury on plaintiff's
appeal from the District Court. Only two exceptions need be
considered.

The first was taken to the overruling of plaintiff's objection
to the introduction of evidence of failure of the consideration
for the notes. The objection is based on the ground that the de-
fense of failure of consideration was not pleaded. In our
opinion it was unnecessary to plead it. By Sec. 1107 of the
Civil Code, under an answer of general denial, "the defendant
may give in evidence, as a defense to any civil action, any matter
of law or fact whatever;" and Rule 4 of the Circuit Courts
which requires him to give notice of his intention to rely on
certain defenses does not extend to the defense of failure of

consideration. See *Gomez v. Hawaiian Gazette Co.*, 10 Haw. 108.

The other exception was taken to the refusal to allow plaintiff's counsel to ask the defendant on cross-examination certain questions for the purpose of proving that he had been a bankrupt, that his discharge in bankruptcy had been at first refused, although afterwards granted, that his property was in his wife's name, and that his was a case of fraudulent bankruptcy. The object was to impeach the credibility of the witness. The rule is that particular acts of misconduct cannot be proved for the purpose of impeaching the general credibility of a witness.

The exceptions are overruled.

*C. Creighton*, for plaintiff.

*A. G. M. Robertson*, for defendant.